| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Garbis, Marvin J. | 2. Court or Organization District of Maryland | 3. Date of Report 12/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Chambers 5C
101 W. Lombard Street
Baltimore, MD 21201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, DEAN'S ADVISORY BOARD | UNIVERSITY OF BALTIMORE LAW SCHOOL |
| 2. | MEMBER, EXECUTIVE COMMITTEE, BOARD OF DIRECTORS | INTERNATIONAL JUDICIAL ACADEMY |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | ONGOING | THOMSON (WEST SERVICES, INC.) WITH HON. RONALD RUBIN AND ESTATE OF PATRICIA MORGAN. ROYALTIES [AID AUTHORS OF CASEBOOK |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 12/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION, LITIGATION SECTION | APRIL 17 TO APRIL 18 | WASHINGTON, D.C. | LITIGATION SEMINAR FACULTY | TRAVEL, MEALS, LODGING |
| 2. | AMERICAN BAR ASSOTIATION, TAX SECTION | MAY 10 TO MAY 12 | WASHINGTON, D.C. | TAX COMMITTEE PROGRAM FACULTY | TRAVEL, MEALS, LODGING |
| 3. | ACADEMIA DE INTERCAMBIO ESTUDIOS | MAY 19 TO MAY 25 | MADRID, SPAIN | JUDICIAL EDUCATION PROGRAM FACULY | TRAVEL, MEALS, LODGING |
| 4. | INTERNATIONAL JUDICIAL ACADEMY | SEPTEMBER 3 TO OCTOBER 6 | ARGENTINA AND CHILE | JUDICIAL EDUCATION PROGRAM FACULTY | TRAVEL, MEALS, LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 12/30/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | SEDONA CONFERENCE | OCTOBER 10 TO OCTOBER 13 | DEL MAR, CALIFORNIA | PATENT PROGRAM FACULTY | TRAVEL, MEALS, LODGING |
| 6. | NORTHWESTERN LAW SCHOOL | OCTOBER 22 TO OCTOBER 25 | CHICAGO, ILLINOIS | JUDICIAL EDUCATION SEMINAR | TRAVEL, MEALS, LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 12/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.          (HEADER) | | | | | | | | | |
| 2. M & T CHECKING | A | Interest | J | T | | | | | |
| 3. T. ROWE PRICE TAX FREE BOND | A | Dividend | J | T | | | | | |
| 4. PINNACLE NORTHEAST, INC. | | None | | | Redeemed | 01/01/12 | J | A | See VIII |
| 5. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. IRA (COMBINED FORMER IRA-1 AND IRA-2)(HEADER) | | | | | | | | | |
| 8. ROYCE FUND PENNSYLVANIA RYPCX | A | Dividend | M | T | | | | | |
| 9. TEMPLETON GROWTH FUND TMGBX | A | Dividend | K | T | | | | | |
| 10. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 11. LEGG MASON CAP MANAGEMENT INVESTMENT LMASX* | A | Dividend | M | T | | | | | |
| 12. LEGG MASON CAP MANAGEMENT OPPORTUNIYY LMOPX | A | Dividend | M | T | | | | | |
| 13. FED INT SMALL MID COMPANY FD ISCAX | A | Dividend | K | T | | | | | |
| 14. FRANKLIN GOLD FKRCX | A | Dividend | K | T | | | | | |
| 15. COMPUGEN CGEN | | None | J | T | | | | | |
| 16. NEUBERGER BERMAN NMGAX | | None | K | T | | | | | |
| 17. PRUDENTIAL INV. JENNISON EQUITY INCOME JEIBX | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 12/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PRUDENTIAL INV. JENNISON 20/20 FOCUS PTWBX | | None | L | T | | | | | |
| 19. FEDRATED EQUITY RIMAX | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 12/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII, LINE 4 - Pinnacle Northeast, Inc. ceased operations by the end of 2011, the stock was redeemed, there was no distribution. This is reported as a redemption on the first day of 2012.

VII, LINE 10 IS SAME ASSET AS VII LINE 13 IN 2011 REPORT, JUST CHANGE OF NAME

VII LINE 11 IS SAME ASSET AS VII LINE 14 IN 2011 REPORT, JUST CHANGE IN NAME

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J. | 12/30/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marvin J. Garbis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544